UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:24-cv-09853-ODW-KS                                    Date: November 21, 2025

Title     *Angela Trejo v. Costco Wholesale Corporation et al.*

---

Present: The Honorable:     Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioners:          Attorneys Present for Respondents:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE MOTIONS TO COMPEL [DKT NOS. 23-25]**

### Procedural Background

This personal injury action was removed from Los Angeles Superior Court to this Court on November 15, 2024. (Dkt. No. 1.) On May 28, 2025, presiding District Judge Wright issued a scheduling and case management order, which provides a fact discovery cutoff of March 9, 2026. (Dkt. No. 19 at 25.) The parties currently have a mediation scheduled before a mediator from the Court's ADR panel for January 14, 2026. (Dkt. Nos. 20-22.)

On September 30, 2025, Defendant Costco Wholesale Corporation filed three motions to compel, specifically: (1) Motion to Establish Admissions for All Purposes and Request for Monetary Sanctions [Dkt. No. 23]; (2) Motion to Compel Plaintiff Angela Trejo to Respond to Interrogatories, Set One; Request for Monetary Sanctions in the Amount of $1,155.00 [Dkt. No. 24]; and (3) Notice of Motion and Motion to Compel Plaintiff Angela Trejo to Respond to Request for Production of Documents, Set One; Request for Monetary Sanctions in the Amount of $1,155.00 [Dkt. No. 25] (collectively, the "Discovery Motions"). All three Discovery Motions allege that Plaintiff has never responded to or objected to any discovery requests made by Defendant. (Dkt. No. 23 at 3; Dkt. No. 24 at 3; Dkt. No. 25 at 3.)

The hearing on all three Discovery Motions was noticed for November 10, 2025, however, the Discovery Motions were erroneously noticed before Judge Wright instead of the assigned discovery judge, Chief Magistrate Judge Stevenson. (*See* Dkt. No. 4 ("Discovery-related motions should be noticed for hearing before the assigned magistrate judge."); *see also*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:24-cv-09853-ODW-KS                                      Date: November 21, 2025

Title       *Angela Trejo v. Costco Wholesale Corporation et al.*

Dkt. No. 8 (reassignment).)  Therefore, on October 2, 2025, Chief Magistrate Judge Stevenson issued a minute order notifying the parties that the Discovery Motions would be heard by the Chief Magistrate Judge, and resetting the hearing for Tuesday, November 18, 2025, at 9:30 a.m. (Dkt. No. 26.)

Based on the date set for hearing the Discovery Motions, Plaintiff's oppositions to the Discovery Motions were due on or before October 28, 2025.  *See* C.D. Cal. L.R. 7-9 (opposing papers must be filed "not later than twenty-one (21) days before the date designated for the hearing of the motion . . . .").  Plaintiff did not file, and to-date has still not filed, any oppositions to the Discovery Motions.  On November 14, 2025, no oppositions having been filed, the Court deemed the Discovery Motions suitable for decision without oral argument, vacated the November 18, 2025 hearing, and took the Discovery Motions under submission.  (Dkt. No. 28.)

### Discussion

This Court's Local Rules provide that the "failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion, . . . ."  C.D. Cal. L.R. 7-12.  Moreover, the Federal Rules of Civil Procedure provide that written interrogatories "must be answered" within 30 days of service, that requests for production of documents must generally be responded to in writing within 30 days after service, and that the Court, in the absence of a justified objection, "must order that an answer be served" to requests for admission.  Fed. R. Civ. P. 33(b); 34(b)(2); 36(a)(6).  The Federal Rules of Civil Procedure further provide that the Court may order sanctions on a party for the failure to respond to the discovery at issue here.  Fed. R. Civ. P. 37.

Based upon the foregoing, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE, on or before December 5, 2025**, why the Court should not: (1) deem Plaintiff's failure to oppose the Discovery Motions as Plaintiff's consent to the Discovery Motions being granted; and (2) why the Court should not grant the Discovery Motions in full, order Plaintiff to respond to the discovery requests at issue, and impose sanctions and/or award Defendant reasonable expenses, including attorney's fees, caused by Plaintiff's failure to respond to the discovery requests at issue.  Plaintiff may discharge this Order to Show Cause by filing oppositions to the Discovery Motions on or before the December 5, 2025 deadline accompanied by a sworn declaration **that establishes good cause** for the failure to timely respond.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:24-cv-09853-ODW-KS                                    Date: November 21, 2025

Title   *Angela Trejo v. Costco Wholesale Corporation et al.*

**Plaintiff is expressly cautioned that the failure to respond to this Order WILL result in the court granting the Discovery Motions in full.**

To the extent Plaintiff responds to this Order and Defendant seeks to file a reply, Defendant may do so within five (5) days of the filing of Plaintiff's response.

**IT IS SO ORDERED.**

                                                                          :
                                                **Initials of Preparer**      gr